# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | **Criminal Case No. 04-00034 (JDB)** |
| | : | |
| **MIGUEL MEJIA MUNERA** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING OFAC LICENSE

COMES NOW OSCAR ARROYAVE, counsel of record for the above named defendant, who notices this Court that he applied for and received an OFAC License, attached hereto as Exhibit (A).

    Respectfully submitted,
    Law Offices of Oscar Arroyave, P.A.
    2937 SW 27th Avenue, Suite 206
    Coconut Grove, Florida 33133
    (305)444-0022; Fax: (305)442-7279


BY     *s/ Oscar Arroyave*
  OSCAR ARROYAVE, ESQ.
  Florida Bar No. 0298859
  District of Columbia Bar No. MI0064

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF this 16 day of April, 2013, and served on all counsel of record via Notice of Electronic Filing.

BY:   *s/ Oscar Arroyave*
OSCAR ARROYAVE, ESQ.
Florida Bar No.: 0298859